**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Carole Tyre                   CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10481 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of U.S Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The NRZ Pass-Through Trust XVIII and index same on the master mailing list.

                                               Respectfully submitted,

                                     /s/ *Rebecca Solarz*
                                     Rebecca Solarz
                                     14 Apr 2022, 14:32:16, EDT

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322