# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                    Chapter 13

CAROLE TYRE              Bankruptcy No. 22-10481-ELF

3706 VADER DRIVE

PHILADELPHIA, PA 19154

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
CAROLE TYRE

3706 VADER DRIVE

PHILADELPHIA, PA 19154

**Counsel for debtor(s), by electronic notice only.**
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 6/22/2022                                                                          /s/ Kenneth E. West

                                                                              Kenneth E. West, Esquire
                                                                              Chapter 13 Standing Trustee