United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Carole Tyre  
    Debtor

Case No. 22-10481-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 29, 2022      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carole Tyre, 3706 Vader Drive, Philadelphia, PA 19154-3031 |
| 14672376 | + | Member HSBC Group/Beneficial, Attn: CML Customer Resolution Department, 1421 West Shore Drive, Suite 100, Arlington Heights, IL 60004-7818 |
| 14674895 | + | NRZ Pass-Through Trust II , U.S. Bank National, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14684324 | + | U.S Bank National Association, As Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 30 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14672369 | + | Email/Text: backoffice@affirm.com | Jun 30 2022 00:04:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14676872 | + | Email/Text: bankruptcy@sccompanies.com | Jun 30 2022 00:04:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14684678 | | Email/Text: megan.harper@phila.gov | Jun 30 2022 00:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14672373 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2022 00:09:44 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14676315 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 30 2022 00:09:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14672374 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 30 2022 00:04:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14676871 | + | Email/Text: bankruptcy@sccompanies.com | Jun 30 2022 00:04:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14672375 | | Email/Text: ECF@fayservicing.com | Jun 30 2022 00:04:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14673709 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2022 00:09:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14675712 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2022 00:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| | | | | |
|---|---|---|---|---|
| 14672377 | + | Email/Text: bankruptcy@sccompanies.com | Jun 30 2022 00:04:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14675526 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 30 2022 00:04:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14674895 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jun 30 2022 00:04:00 | NRZ Pass-Through Trust II , U.S. Bank National, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14672378 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2022 00:09:55 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14682354 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2022 00:09:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14676873 | + | Email/Text: bankruptcy@sccompanies.com | Jun 30 2022 00:04:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14687765 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2022 00:09:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14672822 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2022 00:09:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14672380 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2022 00:09:49 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14686180 | ^ | MEBN | Jun 30 2022 00:01:27 | U.S. Bank National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NRZ Pass-Through Trust II , U.S. Bank National Ass |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14672370 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14672371 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14672372 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14672379 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022         Signature:    /s/Gustava Winters

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jun 29, 2022 Form ID: pdf900 Total Noticed: 25

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Carole Tyre dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S Bank National Association  Not In Its Individual Capacity But Solely As Trustee For The NRZ Pass-Through Trust XVIII bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                       Chapter 13
CAROLE TYRE

                 Debtor                  Bankruptcy No. 22-10481-ELF

## ORDER

**AND NOW**, this __29th__ day of __June__, 202_2_ upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
CAROLE TYRE

3706 VADER DRIVE

PHILADELPHIA, PA 19154